374 A.2d 706

Commonwealth v. Merenda, Appellant.

Argued March 22, 1977. Malcolm J. Gross, with him Gross, McGinley & McGinley, for appellant; Raymond G. Kessler, Assistant District Attorney, with him William H. Platt, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.